UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **COURTNEY FRAZER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.  7:11-CV-3956-JHE |
| | ) |
| **JOHNSON CONTROLS, INC.; ANM SERVICES, LLC; EDIASA; GENOT'S AZ QUALITY SERVICES, INC., d/b/a/ AZ Quality; WILLIAM YEE,** | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

On December 20, 2012, the Magistrate Judge filed his Report and Recommendation, (doc. 56),[1] recommending that the Motion to Dismiss filed by ANM Services, (doc. 42), be denied based on his determination "that service on Varner [defendant ANM's registered agent for service in Mississippi] constituted service on this defendant under Rule 4(h)," (doc. 56 at 3).  ANM did not object to the Report and Recommendation and has filed an Answer. ANM's Motion to Dismiss, (doc. 42), was referred to this court for disposition.

Based on the court's review of the record, the Report of the Magistrate Judge is **ADOPTED** and his Recommendation to deny ANM's Motion to Dismiss is **ACCEPTED**. ANM's Motion to Dismiss, (doc. 42), is **DENIED**.

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.

**DONE**, this 29th day of September, 2013.

_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE